ALBERT L. PURDY, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

Reported below, 33 App. Div. 643.
(Submitted November 20, 1899; decided November 28, 1899.)

MOTION to advance an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judi-

cial department, entered October 17, 1898, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, and ordering judgment in favor of plaintiff upon a verdict directed by the court.

The motion was made upon the ground that a public question of great importance is involved in the appeal.

*Adelbert Moot* for motion.

No one opposed.

Motion granted, without costs.